UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 6708**

**Plaintiff** Manchanda Law Offices, PLLC & Rahul Manchanda

-v-

**Defendant** Xcentric Ventures, LLC d/b/a Ripoff Report.com and John Does 1-4

Case No. 07 Civ 6708

Rule 7.1 Statement

#2

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Plaintiff's_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no publicly held parents, affiliates or subsidiaries.

Date: 7/25/07

Signature of Attorney

Attorney Bar Code: LBK 5172

Form Rule7_1.pdf