AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF        New York

Manchanda Law Offices ET AL
                V.
Xcentric Ventures LLC Et AL

**APPEARANCE**

Case Number:

07 CV 6708

To the Clerk of this court and all parties of record:

I, Justin D. Parsons
(JP 1978)

Enter my appearance as counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

10/8/2007
Date

Signature

Justin D. Parsons JP 1978
Print Name                                    Bar Number

Manchanda    Law Offices PLLC
Address

80 Wall Street, Suite 705 NY, NY 10005
City                State             Zip Code

(212) 968-8600        (212) 968-8601
Phone Number                              Fax Number