UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Manchanda Law Offices Et AL **Plaintiff** | Case No. 07 CV 6708 |
|---|---|
| -v- | **Rule 7.1 Statement** |
| Xcentric Ventures LLC Et AL **Defendant** | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____**Plaintiffs**_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no publicy held parents, affiliates or subsidiaries.

Date: _____10/8/2007_____

_____
**Signature of Attorney**

**Attorney Bar Code:** JP 1978

Form Rule7_1.pdf