ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/07

MANCHANDA LAW OFFICES, PLLC and
RAHUL MANCHANDA,

                            Plaintiffs,

-against-

XCENTRIC VENTURES, LLC D/B/A
"RIPOFFREPORT.COM" and JOHN DOES 1-3,

                            Defendants.

Case No: 07 CV 6708 (LLS)

ECF CASE

CONSENT TO CHANGE
ATTORNEYS

Plaintiff Manchanda Law Offices, PLLC, Plaintiff Rahul Manchanda, and their counsel of record, William B. Kerr, of the law firm of Kerr & Richards, hereby agree that pursuant to Local Civil Rule 1.4, Mr. Kerr shall be relieved and/or displaced as counsel of record. Plaintiff Manchanda Law Offices, PLLC is a law firm and Plaintiff Rahul Manchanda is its principal attorney, admitted to practice before this Court, respectively. As such, Plaintiffs shall represent themselves in the above-captioned matter, *pro se* and Mr. Manchanda and his associate Justin Parsons, Esq., will be counsel of record, joining in this application upon consent.

As Agreed:

By: _____
Rahul Dev Manchanda
*Plaintiff & New Replacement Counsel of Record*

By: _____
Justin Parsons, Associate
Manchanda Law Offices, PLLC
*Replacement Counsel of Record*

By: _____
Rahul Dev Manchanda
Manchanda Law Offices, PLLC
*Plaintiff*

By: _____
William B. Kerr
Kerr & Richards
*Displaced Counsel of Record*

So Ordered: _____
Hon. Louis L. Stanton, U.S.D.J.
10/19/07