ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

MANCHANDA LAW OFFICES, PLLC and
RAHUL MANCHANDA

                Plaintiffs,        07 Civ. 6708 (LLS)

   - against -                     ORDER

XCENTRIC VENTURES, LLC D/B/A
"RIPOFFREPORT.COM" and JOHN DOES 1-3.

                Defendants.
- - - - - - - - - - - - - - - - - - -X

    The October 24, 2007 order for a conference pursuant to Fed. R. Civ. P. 16(b) is vacated.

    So ordered.

Dated: New York, New York
       October 30, 2007

                                              _____
                                              LOUIS L. STANTON
                                                 U.S.D.J.